IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY THOMAS,      ) | |
|     Plaintiff,      ) | |
| ) | |
| v.      ) | CIVIL ACTION: 15-00051-KD-N |
| ) | |
| EIGHT MILE NURSING & REHAB      ) | |
| CENTER LLC, *et al.*      ) | |
|     Defendants.      ) | |

**ORDER**

After due and proper consideration of the issues raised and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 2, 2015, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Plaintiff's motion to amend (Doc. 7) is **GRANTED** and Plaintiff's motion to remand (Doc. 8) is **GRANTED** such that this case is **REMANDED** to the Circuit Court of Mobile County, Alabama, from whence it came.

    **DONE** and **ORDERED** this the **20th** day of **April 2015.**

                        /s/Kristi K. DuBose
                        **KRISTI K. DuBOSE**
                        **UNITED STATES DISTRICT JUDGE**